FILED
05/10/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# PETITION UNDER 28 U.S.C. 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY SEEKING REVIEW OF PRISON DISCIPLINARY SANCTION

[This form is for State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or Federal conviction, you need a different form.]

| Name (under which you were convicted): | Case No. [For a new case in this court, leave blank. The court will assign a case number.] |
|---|---|
| Timothy N. Hatten | 1:23-cv-818-MPB-KMB |
| Place of Confinement: | Earliest possible Release Date: |
| NCF | 12-11-2025 |

[Once you know your case number, it is VERY IMPORTANT that you include it on <u>everything</u> you send to the court for this case. DO NOT send more than one copy of anything to the court. Neatly print in ink (or type) your answers.]

1. NAME OF FACILITY HOLDING THE HEARING: __NCF__

   Date of hearing __2/23/23__. Case number: __NCN 23-02-0031__

   Offense: __False Lien or Judgment__

   Code # __A-122__.  Did you plead guilty? ☐ Yes. ☒ No.

2. Lost earned credit time? ☐ No. ☒ Yes, I lost __180__ days earned credit time.

   Was the loss of earned credit time suspended? ☒ No. ☐ Yes, it was suspended until: __/__/__

   If suspended, has it been imposed? ☐ No ☐ Yes, it was imposed on __/__/__

3. Demoted in credit class? ☐ No ☒ Yes, I was demoted from Class __4__ to Class __3__.

   Was the demotion suspended? ☒ No ☐ Yes, it was suspended until: __/__/__

   If suspended, has it been imposed? ☐ No ☐ Yes, it was imposed on: __/__/__

4. Appealed to the Superintendent? ☐ No ☒ Yes, the result was: __No Response__

5. Appealed to the Final Reviewing Authority? ☐ No ☒ Yes, the result was: ____

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ☒ No ☐ Yes, case number ____

7. Are you paying the $5.00 filing fee?

   ☒ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ☐ No, I have attached a separate Prisoner Motion to proceed In Forma Pauperis and a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now and I have received an average of less than $15.00 a month during the past six months.

1

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum

CAUTION: If you do not PRESENT EVERY GROUND IN THIS PETITION, YOU MAY BE BARRED FRFOM DOING SO LATER.]

GROUND ONE: [Briefly describe your claim.] Actual Innocent; Not guilty of A-122, submitting a False Lien.

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

I submitted a valid, true, and correct complaints against CO Christopher Smith. Starting on 7-12-22 Smith began a string of inappropriate behaviors, harassment, mistreatment, and even sexual harassment, that I observed, towards myself and many other offenders. Staff investigating these complaints either failed to investigate, or investigated improperly because they were looking at the wrong date, 12-27-22. I was never interviewed by Mr. Rutherford and my requested camera, audio, and witness statements were never collected.

Did you present Ground One to the Final Reviewing Authority? ☐ No ☒ Yes, because Submitted timely 2-23-23; 3-6-23 (No responses)

GROUND TWO: [Briefly describe your claim.] Due Process

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

Staff failed to investigate or properly investigate, and when I requested camera, audio, and witness statements to validate my complaints and prove I am not guilty, staff refused to collect, claiming on the report it was "irrelevant." I asked Mr Rutherford, the new

2

PREA Coordinator, he said he was ordered by coorperate GEO Inc. to write me up and Mr. Thompson said he was ordered to find me guilty and that's why they never interviewed me, collected exculpatory evidence, and said my requested evidence was "irrelevant", violating my due process.

Did you present Ground Two the Final Reviewing Authority? ☐ No ☒ Yes, because

Submitted timely 2-23-23; 3-6-23; (no responses)

GROUND THREE [Briefly describe your claim.] Retalliation

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

This is another of a string of trumped up and retalliatory write-ups for my complaints against Smith and for my grievances and complaints about legal mail within cause # 1:22-CV-1417. (see attached)

Although I was actually screened, this time, the Respondents intentionally blocked me from my administrative remedies, relief I am entitled to, and access to the courts once again.

Did you present Ground Three to the Final Reviewing Authority? ☐ No ☒ Yes, because

Submitted timely on 2-23-23; 3-6-23 (no responses)

DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]

☒ Report of Conduct
☒ Screening Report
☒ Report of Disciplinary Hearing
☐ Letter from the Final Reviewing Authority (still no response from facility or final reviewing authority)
☒ Other relevant documents: Statement of facts, Chronological Outline, Complaint 1:22-CV-1417, exhaustions of admin. remedies - proof properly in this Court.

3

**RELIEF**

I ask for the following relief: Vacate and Expunge write-up NCN-23-02-0031 and restore 180 days and credit class deprivations.

_____ or any other relief to which I may be entitled.

**DECLARATION AND SIGNATURE**

I placed this petition in the prison mail system on __4_/_5_/_23_ at _____ am/pm.
    [Do not fill in this date and time until you give this petition to the prison officials to send to the court]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any changes of address.

_____
Signature

_____231193_____
Prisoner Number

~~SOUTH BEND, INDIANA 46601-2194~~

Statement of Facts

I am not guilty of the A-122, Submitting a False Lein, and my complaints against CO Christopher Smith are 100% true and correct.

On July 12th, 2022, I was taken to administrative segregation out of retalliations for my complaints and grievances for various legal, priviledged, and regular mail issues and First Amendment violations by the respondents; see cause # 1:22-cv-1417 and attached chronological outline. Also on this day, my complaints about CO Christopher Smith's mistreatment, harassment, and later sexual harassment began when he left me in the rec cage for over seven hours without access to toilet or bathroom facilities. Smith wrote me up on an A-123, Bodily Fluids, NCF 22-07-0048, when I couldn't hold it any more and had an accident.

On July 14th, 2022, I submitted a grievance on Smith for leaving me in the rec cage for over seven hours and writting me up for normal, human body functions.

On July 15th, 2022, I heard Smith bragging to other CO's and offenders about intentionally leaving offenders in the rec cage for hours, forcing them to use the "bathroom" on themselves so he could write them up on an A-123, Bodily Fluids. He also refused to give me and other offenders soap and toilet paper again. I had been without for almost a week. This is when I began to complain to his superiors and GEO Heads of NCF. The mis-treatment and harassment occurred almost every day Smith worked.

On July 21st, 2022, Smith came to my door and said something about "fucking" or "fuck" me and made inappropriate gestures. He also refused to give me my dinner meal. All of this is on camera and audio. I submitted more complaints on these issues. My complaints are valid, true, and correct.

On February 15th, 2023, John Rotherford, the new PREA Compliance Coordinator, told me my complaints against Smith were unfounded and he was ordered by "coorperate", Geo Inc., to write me up. I told him it was all on camera and audio, and there were witnesses. Rotherford never interviewed me, or ever spoke to him before this day, proving they either failed to investigate or were improperly investigating my valid complaints because they were looking at the wrong date. On the write-up, they had the wrong date of incident, 12-27-22, which was well after the actual date of incident and my complaint.

On February 23rd, 2023, Thompson held the hearing on this write-up, but refused to collect camera, audio, or all of my requested witness statements, violating my due process. Thompson went on to say he too was ordered to find me guilty, and that is why he said in the Report of Disciplinary Hearing my requested evidence was "irrelevant." He finished by saying there was a lack of training and supervision for DHB proceedings and he wasn't sure how else to handle this, so he was just following orders, and I explained how he was violating my due process and that this stems from retaliation for my complaints, but he still found me guilty and took 180 days and a credit class.

On the same day, I submitted my facility level DHB appeal. After many requests, there is still no response. I have attached some of these requests in my exhaustions of remedies. Like with my legal mail complaints in 1:22-CV-1417, it appears the respondents are once again trying to prevent my access to the courts and block me from relief I am entitled to. I have exhausted my administrative remedies and this request for relief is properly submitted.

For the foregoing reasons, I have shown I am not guilty of the A-122, Submitting a False Lien, my due process was violated, and this write-up, along with all the other recent write-ups, stem from retaliations for my grievances and complaints described within cause 1:22-CV-1417.

Wherefore, Petitioner respectfully requests this Honorable Court to dismiss and expunge the write-up, NCN 23-02-0031, and restore the 180 days and credit class that was deprived, and for all other relief just and proper.

Respectfully Submitted,

4-5-23

*[signature: Tim Hatton]*

Verification

I verify under the penalties of perjury the foregoing is true and correct.

4-5-23

*[signature: Tim Hatton]*
Timothy N. Hatton