UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMOTHY N. HATTON, | ) |
| *Petitioner*, | ) ) ) |
| vs. | ) No. 1:23-cv-00818-MPB-CSW ) |
| WARDEN, | ) ) ) |
| *Respondent*. | ) |

**FINAL JUDGMENT**

The Court now enters **FINAL JUDGMENT** in favor of the Respondent and against the Petitioner, Timothy Hatton.

Timothy Hatton's Petition for a Writ of Habeas Corpus is **DENIED,** and the action is **DISMISSED WITH PREJUDICE**.

Dated: January 24, 2025

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF to all counsel of record**

**Distribution via U.S. Mail to:**

TIMOTHY N. HATTON
231193
WESTVILLE – CF
WESTVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
5501 South 1100 West
WESTVILLE, IN 46391