UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMOTHY N. HATTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:23-cv-00818-MPB-CSW |
| ) | |
| WARDEN, ) | |
| ) | |
| Respondent. ) | |

**ENTRY DENYING POST-JUDGMENT MOTIONS**

This disciplinary habeas action was dismissed on the merits on January 24, 2025. Dkts. 32, 33. In this Order, the Court rules on the two post-judgment motions.

## I.      Docket 35

On February 3, 2025, the petitioner filed a motion requesting relief from judgment and a copy of the docket sheet. Dkt. 35. Because the motion was filed within 28 days of the date judgment was entered in this action, it is treated as a motion to amend judgment pursuant to Rule 59 of the *Federal Rules of Civil Procedure*. In his motion, the petitioner asks the Court to "grant his petition because he has shown he is not guilty and his due process was violated." *Id.*

Rule 59(e) allows a court to amend a judgment only if the movant can "demonstrate a manifest error of law or fact or present newly discovered evidence." *Lightspeed Media Corp. v. Smith*, 830 F.3d 500, 505–06 (7th Cir. 2016) (internal citations omitted). A "manifest error" means "the district court commits a wholesale disregard, misapplication, or failure to recognize controlling precedent." *Stragapede v. City of Evanston, Illinois,* 865 F.3d 861, 868 (7th Cir. 2017) (internal quotation omitted). "A manifest error is not demonstrated by the disappointment of the losing party." *Oto v. Metropolitan Life Ins. Co.,* 224 F.3d 601, 606 (7th Cir. 2000) (internal

quotations omitted). Relief through a Rule 59(e) motion for reconsideration is an "extraordinary remed[y] reserved for the exceptional case." *Foster v. DeLuca*, 545 F.3d 582, 584 (7th Cir. 2008).

Here, the petitioner simply repeats his request to find in his favor. He presents no basis for this request, no manifest error of law or fact or newly discovered evidence. Accordingly, his first motion for relief, dkt. [35] is **denied** on the merits but is **granted to the extent** that **the clerk shall** include a copy of the docket sheet with the petitioner's copy of this Order.

## II.     Docket 36

The petitioner's second motion for relief from judgment and to reconsider was filed on February 25, 2025, seeking relief under Rule 60. Dkt. 36. "Rule 60(b) authorizes a court to relieve a party or its legal representative from a final judgment, order, or proceeding for various reasons including mistake, inadvertence, surprise, or excusable neglect, or any other reason that justifies relief…" *Shuffle Tech Intern., LLC v. Wolff Gaming, Inc.,* 757 F.3d 708, 709 (7th Cir. 2014) (internal quotations omitted). The petitioner argues that "there were errors, mistakes, false, and misleading information" presented by the respondent. He contends that the respondent "twisted" and "manipulated" the statements he made during a particular phone call. Dkt. 36 at 1.

Relief under Rule 60(b) is "an extraordinary remedy … granted only in exceptional circumstances." *Davis v. Moroney*, 857 F.3d 748, 751 (7th Cir. 2017); *see also Kennedy v. Schneider Elec.*, 893 F.3d 414, 419 (7th Cir. 2018) ("As we have said often, Rule 60 relief is limited to 'extraordinary' situations where a judgment is the inadvertent product of 'special circumstances and not merely [the] erroneous application[] of law.") (internal citations omitted). During the phone call at issue, the petitioner said that he "had to file a complaint about a guy sexually harassing me and shit, but that was retaliation, he left me in the cage for like hours dude." Dkt. 13 at 3 (*ex parte*). The petitioner fails to explain how this quoted language was "twisted," mistaken,

or erroneous. He has not shown extraordinary circumstances that warrant relief. Accordingly, the petitioner's motion for relief from judgment pursuant to Rule 60(b), dkt. [36], is **denied.**

### III. Summary

The petitioner's Rule 59 motion for relief, dkt. [35] is **denied** on the merits but is **granted to the extent** that **the clerk shall** include a copy of the **docket sheet** with the petitioner's copy of this Order. His second motion for relief from judgment, pursuant to Rule 60(b), dkt. [36], is **denied.**

IT IS SO ORDERED.

Dated: August 12, 2025

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

TIMOTHY N. HATTON
231193
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
5501 South 1100 West
WESTVILLE, IN 46391

Abigail Recker
INDIANA ATTORNEY GENERAL
abigail.recker@atg.in.gov